**FIFTH DIVISION**
**DILLARD, C. J.,**
**REESE, J., and BETHEL, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**July 25, 2018**

# In the Court of Appeals of Georgia

A16A1650. DAVIS v. THE STATE.

DILLARD, Chief Judge.

In *State v. Davis*,[1] the Supreme Court of Georgia concluded that we lacked jurisdiction to consider this case because it addresses a constitutional question of first impression, and, therefore, our decision in *Davis v. State*[2] is a nullity. Accordingly, the Supreme Court vacated that decision; decided the merits of the appeal as if the case had been properly transferred; and remanded the case to this Court with direction that the judgment of the trial court be reversed and the remittitur be transmitted with the Supreme Court's opinion.

*Judgment reversed. Reese and Bethel, JJ., concur.*

---

[1] ___ Ga. ___, Slip. Op. at 8 (1) (Case No. S17G1333; decided May 21, 2018).

[2] 340 Ga. App. 652 (798 SE2d 474) (2017).